UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TRANSAMERICA LIFE
INSURANCE COMPANY,**

        **Plaintiff,**

**v.**                                               Case No. 6:20-cv-2258-ACC-GJK

**LAWRENCE E. WHITE,**

        **Defendant.**

---

# ORDER

This cause is before the Court on Plaintiff Transamerica Life Insurance Company's Motion for Default Judgment (Doc. 11) filed on February 18, 2021.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 4, 2021 (Doc. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff Transamerica Life Insurance Company's Motion for Default Judgment on its breach of contract claim against Defendant Lawrence E. White, as Trustee of the Lawrence E. White Trust, is hereby **GRANTED**.

3. The Clerk is directed to enter judgment awarding Plaintiff Transamerica Life Insurance Company the amount of **$485,240.32**, plus pre-judgment interest at a rate of 4.31% per annum on each overpayment under each annuity through the date of judgment, post judgment interest, and costs of $402.

4. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2021.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties